UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON KEITH GADDY,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>MIKE McDONALD, Warden,<br><br>　　　　　　Respondent. | ) NO. CV 11-08271 SS<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 9, 2011

　　　　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE