# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON KEITH GADDY, | ) NO. CV 11-08271 SS |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MIKE McDONALD, Warden, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 9, 2011

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE